```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

BRYAN DEMOUCHET                                    CIVIL ACTION

VERSUS                                             NO. 07-1694

RAYBURN CORRECTIONAL                               SECTION "S"(5)
CENTER, ET AL

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of any party to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** For the foregoing reasons, it is hereby recommended that the instant motion to dismiss is granted to the extent that movants, Warden Jeffery Travis and the Rayburn Correctional Center, seek a full dismissal of all of plaintiff's claims against them.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the instant motion to dismiss is granted to the extent that movants, Captain Rory Beall, Lieutenant John Knight, Lieutenant Jerry Rodgers, Lieutenant Stedman, Lieutenant Richard Magee, Sergeant Marc Forrest, Sergeant Brian Brumfield, Sergeant Sarah Richardson, Sergeant William Touchstone and Sergeant Tylan Self, in their official capacities, seek a dismissal of plaintiff's claims against them.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff is given fourteen days within which to amend his pleadings to attempt to set forth a claim against Sergeant Marc Forrest and Sergeant Sarah Richardson, in their individual capacities, absent which the motion to dismiss should be granted as to these defendants.

New Orleans, Louisiana, this  7th  day of  May , 2008.

UNITED STATES DISTRICT JUDGE