UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRYAN DEMOUCHET                                             CIVIL ACTION

VERSUS                                                      NO. 07-1694

RAYBURN CORRECTIONAL                                        SECTION "S" (5)
CENTER, ET AL

## ORDER

The Court has considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the defendants' objection to the Magistrate Judge's Report and Recommendation.

**IT IS HEREBY ORDERED** that defendants' motion for summary judgment (doc. 77) is **HEREBY DENIED**.

The defendants object to the magistrate judge's recommendation that summary judgment should be denied, arguing that dismissal of the suit is proper because Bryan Demouchet failed to exhaust administrative remedies prior to filing the complaint, as required by the Prison Litigation Reform Act of 1995 (PLRA).

The PLRA, as amended, provides that "[no] action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner

confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a). The exhaustion requirement is not jurisdictional. Johnson v. Johnson, 385 F.3d 503, 522 n.14 (5th Cir. 2004). "[E]xhaustion requirements may be excused where dismissal would be inefficient and would not further the interest of justice or the purpose of the exhaustion requirement." Johnson v. Ford, 261 Fed. Appx. 752, 755 (5th Cir. 2008).

Demouchet filed this action on April 3, 2007, but did not complete the two-step administrative process until over a week later on April 12, 2007. On May 21, 2008, after his administrative remedies were exhausted, Demouchet filed a "First Amended and Supplemental Complaint." Even if Demouchet's suit was initially premature by less than two weeks, he was in full compliance when the magistrate judge made her determination. It would be inefficient and would not further the interest of justice to dismiss the case without prejudice based on exhaustion when Demouchet has subsequently filed an amended complaint. See Collins v. Stalder, 2009 WL 1833966 n.11 (5th Cir. 2009); see also Dickerson v. Strain, 2009 WL 2023866 (E.D. La. 2009). The objection is overruled.

Accordingly, the court approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

New Orleans, Louisiana, this 17th day of September, 2009.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

2